UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBM INCORPORATED,<br><br>            Plaintiff,<br>v.<br><br>WES DRIVER, et al.,<br><br>            Defendants. | Civil No.06cv1766-WQH(NLS)<br><br>**ORDER SETTING RULE 26 COMPLIANCE AND NOTICE OF *TELEPHONIC* CASE MANAGEMENT CONFERENCE** |

On January 17, 2007, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The ENE was not held due to the failure by Plaintiff's counsel and Plaintiff's client representative to appear at the ENE. As such, the case did not settle, and the Court issued an Order Setting Show Cause Hearing to consider whether sanctions should be imposed against Plaintiff and/or Plaintiff's counsel [Doc. No. 18]. On February 1, 2007, the Show Cause hearing was held, and sanctions in the amount of $488.50 were imposed against Plaintiff's lead counsel, Darren J. Quinn. The Court finds that it would not be productive to reschedule the ENE at this time, and accordingly, in compliance with Federal Rule of Civil Procedure 26, and based thereon, issues the following orders:

1.   Counsel are ordered to appear **telephonically** on *March 23, 2007* at *11:00 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference. Counsel shall advise the Court during the conference whether the parties would like to participate in an early Voluntary Settlement Conference in this case.

2. The Rule 26(f) conference shall be completed on or before ***February 27, 2007***.

3. A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before ***March 2, 2007***. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***March 6, 2007***.

Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter. Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate.

Failure of any counsel or party to comply with this order will result in sanctions.

**IT IS SO ORDERED.**

DATED: February 1, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge