# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBM, INCORPORATED, a California corporation,<br><br>                       Plaintiff,<br>  vs.<br>WES DRIVER, an individual, JUSTIN EISINGER, an individual, CHRIS PEEL, an individual, and RYAN SCHUDE, an individual,<br><br>                       Defendants. | CASE NO. 06CV1766<br><br>ORDER DISMISSING ENTIRE ACTION |

HAYES, Judge:

On March 16, 2007, the parties filed a joint motion (Doc. # 25) to dismiss this action in its entirety. Accordingly, and pursuant to the joint motion (Doc. # 25), this action is hereby DISMISSED in its entirety without prejudice.

**IT IS SO ORDERED**.

DATED: March 20, 2007

                                                        **WILLIAM Q. HAYES**
                                                        United States District Judge